IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

Plaintiff(s),

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion for Additional Time Within Which to Submit Discovery Responses (docket no. 15) is GRANTED finding good cause shown. Plaintiff Elliot Driggs shall have up to and including August 8, 2008, to provide to Defendant discovery responses.

     It is FURTHER ORDERED Defendant's Motion to Deem Responses to Request for Admission Admitted (docket no. 13) is MOOT and therefore DENIED based upon this court's ruling on docket no. 15 above.

Date: August 6, 2008