UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

Defendant.

---

## ORDER GRANTING THE DISTRICT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES (Docket No. 23)

---

**THIS MATTER,** having come before the Court, the Court having received and reviewed the District's Unopposed Motion to Extend Scheduling Order Deadlines, having considered said Motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the District's motion is GRANTED. The District shall have up to and including January 15, 2009 to complete discovery and March 3, 2009 to submit dispositive motions

DATED this 24th day of November, 2008.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

00331430