IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

  Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the calendar call on December 5, 2008, it is

ORDERED that this matter is set for trial to jury on **July 20, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

Dated: December 5th, 2008

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge