IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

        Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

  Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the calendar call on December 5, 2008, it is

      ORDERED that a pretrial conference is scheduled for **June 26, 2009, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **June 18, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      Dated: December 5th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge