IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

        Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

Upon considering defendant's motion for summary judgment, filed March 20, 2009, the plaintiff's response and the defendant's reply and upon the finding and conclusion that there are genuine factual disputes and that the plaintiff's claims are determinable upon inferences to be drawn from circumstantial evidence and that the plaintiff has provided sufficient support to warrant submission of the claims to the jury, it is

ORDERED that the defendant's motion for summary judgment is denied.

.    Dated:   April 30th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge