IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

Defendant.

**ORDER RE: UNOPPOSED NOTICE REGARDING SETTLEMENT DOCUMENTS AND REQUEST TO VACATE TRIAL CONFERENCE SET FOR JUNE 26, 2009**
_____

Upon consideration of the parties' Unopposed Notice Regarding Settlement Documents and Request to Vacate Trial Conference Set for June 26, 2009, it is

ORDERED that conference set for June 26, 2009, is vacated.

**DATED** this 25th day of June, 2009.

                                    **BY THE COURT:**

                                    s/Richard P. Matsch

                                    Richard P. Matsch
                                    Senior District Court Judge