IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00558-RPM-MJW

ELLIOT DRIGGS,

Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

Defendant.

---

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation for Dismissal with Prejudice [51], it is

**ORDERED** that the Court **APPROVES** the Full and Final Release and Settlement Agreement that was entered into by the parties on June 15, 2009.  The Court further finds that the settlement is reasonable and appropriate under the circumstances and is to the benefit and in the best interests of Plaintiff Elliot Driggs.  In addition, the Court **GRANTS** the Stipulation for Dismissal with Prejudice.  The claims of Plaintiff Elliot Driggs, against Defendant Cherry Creek School District No. 5, are dismissed with prejudice.  Each party is to pay their own attorney's fees and costs. It is

FURTHER ORDERED that the July 20, 2009, trial date is vacated.

**DATED** this 8th day of July, 2009.

              **BY THE COURT:**

              s/Richard P. Matsch

              _____
              Richard P. Matsch
              Senior District Court Judge